B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Indiana

In re _Janelle Winifred Puff_____ ,    Case No. _____14-00974-JJG-13_____

Larry Jay Werbil
aka Janelle W. Puff aka Janelle Puff

aka Larry J. Werbil aka Larry Werbil

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association, as Trustee of    Specialized Loan Servicing LLC
the Igloo Series II Trust

_____           _____
Name of Transferee                          Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): _7-1_____
should be sent:                                 Amount of Claim: _$188,110.21_____
C/O SN Servicing Corp.                          Date Claim Filed: _$54,827.53_____
323 5th Street
Eureka, CA 95501

Phone: _800-603-0836_____    Phone: _800-315-4757_____
Last Four Digits of Acct #: _7457_____    Last Four Digits of Acct. #: _4284_____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: _____    Date: _8\10\16_____
     Transferee/Transferee's Agent

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.